In the Matter of the Claim of JOSEPH VOGEL, Respondent, against MANHATTAN CITY DRESSED BEEF COMPANY, Appellant.    STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the claimant's injury was confined to one member, and the award was improperly made under paragraph u of subdivision 3 of section 15 of the Workmen's Compensation Law.    Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ., concur.

In the Matter of the Claim of MARTIN McDONOUGH, Respondent, against ROBINS DRY DOCK AND REPAIR COMPANY, Appellant.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of MAURICE SULLIVAN, Respondent, against GENERAL ELECTRIC COMPANY, Appellant.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Cochrane, P. J., Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of DELIA REDMOND, Respondent, against ALEXANDER SMITH & SONS CARPET COMPANY, Appellant.    STATE INDUSTRIAL BOARD, Respondent.— Award reversed, and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the award rests on the uncorroborated hearsay statements of the deceased.    Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ., concur.

In the Matter of the Claim of CHARLES MORTENSEN, Respondent, against TEBO YACHT BASIN COMPANY, Appellant.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.